Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | CASE NO.  1:11-cv-00129-LJO-SMS |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING SCHEDULING CONFERENCE AND EXTENDING TIME TO COMPLETE SERVICE; AND ORDER (Doc. 9) |
| v. | |
| CLAUDIA RAMIREZ, et al. | |
| Defendants. | |

TO THE HONORABLE SANDRA M. SNYDER, THE PARTIES AND THEIR ATTORNEY/S OF RECORD:

As of this date, Plaintiff has been unable to successfully serve its initiating suit papers upon defendant Claudia Ramirez, individually and d/b/a Cazadores Grill.

WHEREFORE, Plaintiff makes the following representations and recommendations:

1.      On January 27, 2012, Plaintiff's Complaint was filed against Defendants Claudia Ramirez and Aquiles Ramirez, individually and d/b/a Cazadores Grill.

2.      Plaintiff has *still* not perfected service of the initiating suit papers upon the Defendant, Claudia Ramirez, individually and d/b/a Cazadores Grill, despite diligent efforts to do so.  Please see attached hereto and made part hereof Plaintiff's Exhibit 1).

///

3.      Plaintiff Joe Hand Promotions, Inc., hereby applies *ex parte* for an order further continuing the Scheduling Conference presently set for April 24, 2012 at 10:00 AM.   As set forth below, Plaintiff respectfully requests this Honorable Court continue the Scheduling Conference and extend the time to complete service an additional Thirty (30) days to Forty-Five (45) days.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Scheduling Conference, presently scheduled for April 24, 2012 at 10:00 AM and permit Plaintiff an additional Thirty (30) days to Forty-Five (45) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to the named defendant.

Respectfully submitted,

Dated:  April 17, 2012                         */s/ Thomas P. Riley*
                                              **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                              By: Thomas P. Riley
                                              Attorneys for Plaintiff
                                              Joe Hand Promotions, Inc.

///
///
///
///
///
///
///
///
///
///

# ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the Scheduling Conference in civil action number 1:12-cv-00129-LJO-SMS styled *Joe Hand Promotions, Inc. v. Claudia Ramirez, et al.*, is hereby continued from April 24, 2012 at 10:00 a.m. to June 5, 2012 at 10:00 a.m.

Plaintiff is GRANTED an additional thirty (30) days to forty-five (45) days to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to defendant Claudia Ramirez, individually and d/b/a Cazadores Grill, where service has not been made or service by publication requested.

Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated:   **April 18, 2012**              **/s/ Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE