1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8
9  JOE HAND PROMOTIONS, INC.,            CASE NO. 1:12-cv-00129-LJO-SMS

10                    Plaintiff,
                                        **ORDER STRIKING ANSWER OF**
11        v.                            **DEFENDANT AQUILES RAMIREZ**
                                        **dba CAZADORES GRILL**
12  CLAUDIA RAMIREZ and AQUILES
    RAMIREZ, individually and doing business
13  as CAZADORES GRILL,

14
                      Defendant.        (Docs. 30 & 32)
15  _____/

16
17        Defendant Aquiles Ramirez, individually and doing business as Cazadores Grill, petitions

    this Court to strike his answer, improvidently filed on September 24, 2012, as Document 30.
18
          Defendant having presented good cause for his request, the Court hereby STRIKES the
19
    answer of Defendant Aquiles Ramirez, individually and doing business as Cazadores Grill, filed
20
    on September 24, 2012, as Document 30.
21
22
23  IT IS SO ORDERED.

24  **Dated:    October 2, 2012**            _____/s/ Lawrence J. O'Neill_____
                                            UNITED STATES DISTRICT JUDGE
25
26
27
28

                                            1