# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC.,

       Plaintiff,

  v.

CLAUDIA RAMIREZ and AQUILES
RAMIREZ, individually and doing business
as CAZADORES GRILL,

       Defendant.

_____/

CASE NO. 1:12-cv-00129-LJO-SMS

**ORDER STRIKING ANSWER OF
DEFENDANT AQUILES RAMIREZ
dba CAZADORES GRILL**

(Docs. 30 & 32)

     Defendant Aquiles Ramirez, individually and doing business as Cazadores Grill, petitions this Court to strike his answer, improvidently filed on September 24, 2012, as Document 30.

     Defendant having presented good cause for his request, the Court hereby STRIKES the answer of Defendant Aquiles Ramirez, individually and doing business as Cazadores Grill, filed on September 24, 2012, as Document 30.

IT IS SO ORDERED.

**Dated:   October 2, 2012**          **/s/ Lawrence J. O'Neill**
                                 UNITED STATES DISTRICT JUDGE