# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CLAUDIA RAMIREZ and AQUILES RAMIREZ, individually and doing business as CAZADORES GRILL,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:12-cv-00129-LJO-SMS<br><br>**ORDER SETTING ASIDE DEFAULT OF DEFENDANT AQUILES RAMIREZ**<br><br>(Docs. 8 and 44) |

　　Defendant Aquiles Ramirez having established good cause for his failure to file a timely answer, the Clerk's Entry of Default against him (Doc. 8) is hereby VACATED.

IT IS SO ORDERED.

**Dated:　January 2, 2013**　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1