IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | CASE NO. CV F 12-0129 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 59.) |
| CLAUDIA RAMIREZ, et al., | |
| Defendants. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES this entire action pursuant to the parties' stipulation (doc. 59);
2. VACATES all pending matters; and
3. DIRECTS the clerk to close this action, subject to reopening as appropriate to enforce settlement.

IT IS SO ORDERED.

Dated: **January 11, 2013**     /s/ **Lawrence J. O'Neill**
                                UNITED STATES DISTRICT JUDGE

1